IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOEL MORENO-ESPADA<br>2) JOSE RAFAEL VELAZQUEZ-LOPEZ<br>3) ITHIER RIVERA-SANTIAGO<br>4) JOSE RAFAEL ORTIZ-MELENDEZ<br>5) JOSE A. RIVERA-SANTIAGO<br>6) HECTOR LOPEZ-FLORES<br>**7) LUIS DANIEL MELÉNDEZ-SANCHEZ**<br>8) MIGUEL A. LOPEZ-PAGAN<br>9) OMAR MORENO-ESPADA<br>10) RAMON L. MARTINEZ-RODRIGUEZ<br>11) JOSE RIVERA-GONZALEZ<br>12) JOSE E. RIVERA-GONZALEZ<br>13) CARLOS JOSE CRUZ-FRANCO<br>14) SONIA ESPADA-MALAVE<br>15) LIZETTE RIVERA-ESPADA<br>16) YARITZA I. FRANCESCHI-MALAVE<br>Defendants | CRIMINAL 05-0383CCC |

**ORDER**

On June 19, 2012, U.S. Magistrate Judge Bruce J. McGiverin held a hearing for defendant Luis Daniel Meléndez-Sánchez (7) to show cause why the term of supervised release being served by him should not be revoked for his failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of his supervised release (**docket entry 895**). Accordingly, defendant Meléndez-Sánchez is hereby GRANTED a final term of eleven (11) days after notice to inform whether he will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

The final revocation hearing is set for OCTOBER 25, 2012 at 4:30 PM.

CRIMINAL 05-0383CCC								2

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against him,
2. to present evidence in his own behalf,
3. to the opportunity to question witnesses against him, and
4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on October 18, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge