IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CRIMINAL 05-0383CCC

1) JOEL MORENO-ESPADA
2) JOSE RAFAEL VELAZQUEZ-LOPEZ
3) ITHIER RIVERA-SANTIAGO
4) JOSE RAFAEL ORTIZ-MELENDEZ
5) JOSE A. RIVERA-SANTIAGO
6) HECTOR LOPEZ-FLORES
7) LUIS DANIEL MELENDEZ-SANCHEZ
8) MIGUEL A. LOPEZ-PAGAN
9) OMAR MORENO-ESPADA
10) RAMON L. MARTINEZ-RODRIGUEZ
11) JOSE RIVERA-GONZALEZ
12) JOSE E. RIVERA-GONZALEZ
13) CARLOS JOSE CRUZ-FRANCO
14) SONIA ESPADA-MALAVE
**15) LIZETTE RIVERA-ESPADA**
16) YARITZA I. FRANCESCHI-MALAVE

Defendants

**ORDER**

On September 26, 2012, U.S. Magistrate Judge Marcos E. López held a hearing for defendant Lizette Rivera-Espada (15) to show cause why the term of supervised release being served by her should not be revoked for her failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of her supervised release (**docket entry 905**). Accordingly, defendant Rivera-Espada is hereby GRANTED a final term of eleven (11) days after notice to inform whether she will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

The final revocation hearing is set for NOVEMBER 1, 2012 at 4:15 PM.

CRIMINAL 05-0383CCC				2

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against her,

2. to present evidence in her own behalf,

3. to the opportunity to question witnesses against her, and

4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on October 18, 2012.


S/CARMEN CONSUELO CEREZO
United States District Judge